# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.964-1178
Fax. 212.473.8705
Megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2003

MEMO ENDORSED

September 6, 2023

**VIA ECF**
The Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Ok
Colleen McMahon
9/6/2023

Re:   **Breanna Williams v. Minthouse, Inc., et al.**
      **Case No.: 1:23-cv-06673**

Dear Honorable Judge McMahon:

The undersigned is counsel to Plaintiff Breanna Williams ("Plaintiff") in the above-referenced matter. I write with counsel for Defendants' consent to respectfully request a two-week extension of Plaintiff's deadline to file her complaint from September 6, 2023, to and including September 20, 2023.

This extension is needed because Ms. Goddard and her toddler fell ill with Covid which caused Ms. Goddard to be out of the office.

This extension will affect Defendants' current deadline to respond to the complaint. Therefore, the parties also respectfully request that Defendants' deadline to respond to the complaint be extended from November 6, 2023, to and including November 20, 2023.

We thank the Court for its time and attention to this matter and its consideration of this request. We also apologize to this Court for this last-minute request.

Respectfully submitted,
GODDARD LAW PLLC

/s/ Megan S. Goddard
By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]